IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LEAH WEST, | : |
|         Plaintiff, | : |
| v. | :   Case No. 4:26-cv-304-CDL-AGH |
| PETE HEGSETH, | : |
|         Defendant. | : |

## ORDER

On February 20, 2026, Plaintiff filed a *pro se* complaint alleging employment discrimination (ECF No. 1). The same day, she filed a motion to proceed *in forma pauperis* ("IFP") (ECF No. 2). However, Plaintiff's IFP application contains insufficient information for the Court to determine if she is eligible to proceed IFP. She reports currently receiving no income and monthly expenses totaling $1,880, but she does not explain how she is otherwise able to subsist. Mot. to Proceed IFP 1-2, 5, ECF No. 2. In addition, she refers to her roof needing to be replaced, suggesting that payment of the filing fee is being subordinated to other concerns. Thus, as filed, the application is not "'sufficient on its face to demonstrate economic eligibility' for in forma pauperis status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004).

Plaintiff is **ORDERED** to recast her motion for leave to proceed IFP within **FOURTEEN (14) DAYS**. The Clerk is **DIRECTED** to provide Plaintiff with a new blank long-form IFP application for non-prisoners. Plaintiff must provide greater

clarification of her financial situation and inability to pay filing fees or costs.   There shall be no service of process until further order of the Court.

**SO ORDERED**, this 23rd day of February, 2026.

                                        s/ *Amelia G. Helmick*
                                      UNITED STATES MAGISTRATE JUDGE