IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LEAH WEST,                                              *

           Plaintiff,                              *

v.                                                              Case No.  4:26-cv-304 (CDL)
                                                       *                4:26-cv-352 (CDL)

PETE HEGSETH, *Secretary, Department of*
*Defense,*                                               *

           Defendant.                            *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated July 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing these cases. Plaintiff shall recover nothing of Defendant.

This 17th day of July, 2026.

                       David W. Bunt, Clerk

                       s/ Elizabeth S. Long, Deputy Clerk